DUNAVANT et al. v. MALLORY. (Circuit Court of Appeals, Eighth Circuit. December 5, 1916.) No. 4744. In Error to the District Court of the United States for the Eastern District of Arkansas. A. B. Shafer, of Memphis, Tenn., for plaintiffs in error. Allen Hughes, of Memphis, Tenn., for defendant in error.

PER CURIAM. Writ of error dismissed, at costs of plaintiffs in error, on motion of plaintiffs in error.

EITARO YAMADA v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. December 22, 1917.) No. 3067. Appeal from the District Court of the United States for the Territory of Hawaii. Ed. F. Jared, Asst. U. S. Atty., of San Francisco, Cal.

PER CURIAM. Upon motion of counsel for the appellee, and good cause therefor appearing, ordered, appeal in the above-entitled cause dismissed for the noncompliance by the appellant with the provisions of subdivision 1 of rule 16 of the Rules of Practice of this court (150 Fed. xxix, 79 C. C. A. xxix).

FUHS v. GILBRECH. (Circuit Court of Appeals, Eighth Circuit. February 2, 1917.) No. 4884. Appeal from the District Court of the United States for the Southern District of Iowa. Erwin & Newell, of Davenport, Iowa, for appellee.

PER CURIAM. Appeal docketed and dismissed, at costs of appellant, for want of prosecution, on motion of appellee.

GALBRAITH v. AHLEN. (Circuit Court of Appeals, Eighth Circuit. June 22, 1917.) No. 189. Petition to Revise Order of District Court of the United States for the District of Minnesota. Morphy, Bradford & Cummins, of St. Paul, Minn., for petitioner. Francis Muekel, of Chaska, Minn., for respondent.

PER CURIAM. Petition to revise dismissed, without costs to either party in this court, per stipulation of parties.

G. H. WALKER & CO. et al. v. NORTH AMERICAN CO. et al. (Circuit Court of Appeals, Eighth Circuit. March 10, 1917.) No. 4806. Appeal from the District Court of the United States for the Eastern District of Missouri. J. D. & Loomis C. Johnson and Fordyce, Holliday & White, all of St. Louis, Mo., for appellants. Thomas Bond and W. F. Evans, both of St. Louis, Mo., for appellees.

PER CURIAM. Appeal dismissed, at costs of appellants, with prejudice, per stipulation of parties.

GOLDBERG et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. December 4, 1916.) No. 4848. In Error to the District Court of the United States for the Eastern District of Missouri. Arthur L. Oliver, U. S. Atty., of St. Louis, Mo.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, etc., on motion of defendant in error.

GRIGSBY v. MILLER et al. (Circuit Court of Appeals, Ninth Circuit. November 19, 1917.) No. 3083. Appeal from the District Court of the United States for the District of Oregon. Almon E. Roth, of San Francisco, Cal., for appellees.

PER CURIAM. Upon motion of counsel for appellees, and good cause therefor appearing, ordered, appeal dismissed for the noncompliance by the appellant with the provisions of subdivision 1 of rule 16 of the Rules of Practice of this court (150 Fed. xxix, 79 C. C. A. xxix). For opinion below, see 240 Fed. 188.